1  KEKER & VAN NEST LLP
   R. JAMES SLAUGHTER - #192813
2  R. ADAM LAURIDSEN - #243780
   633 Battery Street
3  San Francisco, CA 94111-1809
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188
   Email: rslaughter@kvn.com
5         alauridsen@kvn.com

6  Attorneys for Plaintiff
   ELECTRONIC ARTS INC.

E-filing

FILED
2012 JAN -6  P 1:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HRL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV12  0118

ELECTRONIC ARTS INC.,

   Plaintiff,

v.

TEXTRON INC., BELL HELICOPTER TEXTRON INC. and TEXTRON INNOVATIONS INC.,

   Defendants.

Case No.

**DEFENDANT ELECTRONIC ARTS INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

612499.01

DEFENDANT ELECTRONIC ARTS INC.'S
CERTIFICATION AND NOTICE OF INTERESTED PARTIES
CASE NO.

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

The undersigned, counsel of record for defendant Electronic Arts Inc., certifies that as of this date, other than the named parties, there is no such interest to report. This representation is made to enable the Court to evaluate possible disqualification or recusal.

Additionally, Defendant Electronic Arts Inc. ("EA"), a non-governmental corporate party, provides the following statement to comply with Federal Rule of Civil Procedure 7.1(a): EA has no parent corporation or publicly held corporation owning 10% or more of its shares.

Dated: January 6, 2012

KEKER & VAN NEST LLP

By: /s/
R. JAMES SLAUGHTER
R. ADAM LAURIDSEN
Attorneys for Plaintiff
ELECTRONIC ARTS INC.

612499.01

1
DEFENDANT ELECTRONIC ARTS INC.'S
CERTIFICATION AND NOTICE OF INTERESTED PARTIES
CASE NO.