1  KEKER & VAN NEST LLP
   R. JAMES SLAUGHTER - #192813
2  R. ADAM LAURIDSEN - #243780
   633 Battery Street
3  San Francisco, CA 94111-1809
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188
   Email: rslaughter@kvn.com
5         alauridsen@kvn.com

6  Attorneys for Plaintiff
   ELECTRONIC ARTS INC.

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  ELECTRONIC ARTS INC.,              Case No. CV 12 0118

13                     Plaintiff,      **PLAINTIFF ELECTRONIC ARTS INC.'S
                                       NOTICE OF MANUAL FILING OF
14         v.                          EXHIBIT A TO COMPLAINT FOR
                                       DECLARATORY RELIEF**
15  TEXTRON INC., BELL HELICOPTER
    TEXTRON INC. and TEXTRON
16  INNOVATIONS INC.,

17                     Defendants.

18

19

20

21

22

23

24

25

26

27

28

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[X] Physical Object (description): **CD VIDEO GAME**

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: January 6, 2012                                           KEKER & VAN NEST LLP

By: _____
R. JAMES SLAUGHTER
R. ADAM LAURIDSEN
Attorneys for Plaintiff
ELECTRONIC ARTS INC.

---

1

DEFENDANT ELECTRONIC ARTS INC.'S NOTICE OF MANUAL FILING OF EXHIBIT A TO COMPLAINT FOR DECLARATORY RELIEF
CASE NO.

612557.01