AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELECTRONIC ARTS INC. <br> *Plaintiff* <br> v. <br> TEXTRON INC., BELL HELICOPTER TEXTRON INC. and TEXTRON INNOVATIONS INC. <br> *Defendant* | ) ) ) ) ) ) ) ) | CV12  0118 <br><br> Civil Action No. <br><br> HRL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    TEXTRON INC.
    40 Westminster Street
    Providence, RI 02903
    c/o CT Corporation System
    818 W. Seventh Street
    Los Angeles, CA 90017

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    R. JAMES SLAUGHTER (SBN 192813)/R. ADAM LAURIDSEN (SBN 243780)
    KEKER & VAN NEST LLP
    633 Battery Street
    San Francisco, California 94111-1809
    Telephone: (415) 391-5400; Facsimile: (415) 397-7188

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

CLERK OF COURT

Date: January 6, 2012

*Signature of Clerk or Deputy Clerk*

MARY ANN BUCKLEY

