AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| ELECTRONIC ARTS INC. <br> *Plaintiff* <br><br> v. <br><br> TEXTRON INC., BELL HELICOPTER TEXTRON INC. and TEXTRON INNOVATIONS INC. <br> *Defendant* | CV12 0118 <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

HRL

To: *(Defendant's name and address)*
TEXTRON INNOVATIONS INC.
40 Westminster Street
Providence, RI 02903
c/o CT Corporation System
10 Weybosset Street
Providence, RI 02903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
R. JAMES SLAUGHTER (SBN 192813)/R. ADAM LAURIDSEN (SBN 243780)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, California 94111-1809
Telephone: (415) 391-5400; Facsimile: (415) 397-7188

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

*CLERK OF COURT*

Date: January 6, 2012

*Signature of Clerk or Deputy Clerk*

MARY ANN BUCKLEY

