1  KEKER & VAN NEST LLP
   R. JAMES SLAUGHTER - #192813
2  R. ADAM LAURIDSEN - #243780
   633 Battery Street
3  San Francisco, CA 94111-1809
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188
   Email: rslaughter@kvn.com
5         alauridsen@kvn.com

6  Attorneys for Plaintiff
   ELECTRONIC ARTS INC.

7

8

9                UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

11

| | |
|---|---|
| 12  ELECTRONIC ARTS INC.,<br>13                    Plaintiff,<br>14       v.<br>15  TEXTRON INC., BELL HELICOPTER<br>    TEXTRON INC. and TEXTRON<br>16  INNOVATIONS INC.,<br>17                    Defendants. | Case No. CV-12-0118-HRL<br><br>**PROOF OF SERVICE ON DEFENDANT TEXTRON INC.**<br>[Summons; Complaint For Declaratory Relief; Welcome To The United States District Court For The Northern District of California; ECF Registration Information Handout; Notice of Manual Filing of Exhibit A to Complaint for Declaratory Relief; Certification and Notice of Interested Parties; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Consent to Proceed Before a United States Magistrate Judge (Blank); Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge (Blank)]<br><br>Judge:    Hon. Howard R. Lloyd<br><br>Complaint Filed:    January 6, 2012 |

613175.01

1

PROOF OF SERVICE ON DEFENDANT TEXTRON INC.
CASE NO. CV-12-0118-HRL

R. ADAM LAURIDSEN (SBN 243780)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: ELECTRONIC ARTS INC.
Defendant: TEXTRON INC. et al.

Ref#: 302176    *    **PROOF OF SERVICE**    *    Case No.: CV12 0118 HRL

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS; COMPLAINT FOR DECLARATORY RELIEF; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; PLAINTIFF ELECTRONIC ARTS INC.'S NOTICE OF MANUTAL FILING OF EXHIBIT A TO COMPLAINT FOR DECLARATORY RELIEF; DEFENDANT ELECTRONIC ARTS INC.'S CERTIFICATATION AND NOTICE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGRISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (BLANK); DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE (BLANK)

in the within action by personally delivering true copies thereof to the person named below, as follows:

| | |
|---|---|
| Party served | : TEXTRON INC. |
| By serving | : Vivian Imperial, Authorized Agent |
| Address | : C.T. Corporation System<br>818 W. 7th Street<br>Los Angeles, CA 90017 |
| Date of Service: | January 9, 2012 |
| Time of Service: | 1:20 PM |

Person who served papers:
MATT BRANCALE
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $277.32
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 6886
(iii) County: Los Angeles

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: January 9, 2012                            Signature _____