KEKER & VAN NEST LLP
R. JAMES SLAUGHTER - #192813
R. ADAM LAURIDSEN - #243780
633 Battery Street
San Francisco, CA  94111-1809
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
Email: rslaughter@kvn.com
       alauridsen@kvn.com

Attorneys for Plaintiff
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| ELECTRONIC ARTS INC., <br><br> Plaintiff, <br><br> v. <br><br> TEXTRON INC., BELL HELICOPTER TEXTRON INC. and TEXTRON INNOVATIONS INC., <br><br> Defendants. | Case No. CV-12-0118-HRL <br><br> **PROOF OF SERVICE ON DEFENDANT TEXTRON INNOVATIONS INC.** <br> [Summons; Complaint For Declaratory Relief; Welcome To The United States District Court For The Northern District of California; ECF Registration Information Handout; Notice of Manual Filing of Exhibit A to Complaint for Declaratory Relief; Certification and Notice of Interested Parties; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Consent to Proceed Before a United States Magistrate Judge (Blank); Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge (Blank)] <br><br> Judge:    Hon. Howard R. Lloyd <br><br> Complaint Filed:    January 6, 2012 |

1
PROOF OF SERVICE ON DEFENDANT TEXTRON INNOVATIONS INC.
CASE NO. CV-12-0118-HRL

613175.03

R. ADAM LAURIDSEN (SBN 243780)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: ELECTRONIC ARTS INC.
Defendant: TEXTRON INC. et al.

Ref#: 302178      *   PROOF OF SERVICE   *   Case No.: CV12 0118 HRL

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS; COMPLAINT FOR DECLARATORY RELIEF; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; PLAINTIFF ELECTRONIC ARTS INC.'S NOTICE OF MANUTAL FILING OF EXHIBIT A TO COMPLAINT FOR DECLARATORY RELIEF; DEFENDANT ELECTRONIC ARTS INC.'S CERTIFICATATION AND NOTICE OF INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGRISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (BLANK); DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE (BLANK)

in the within action by personally delivering true copies thereof to the person named below, as follows:

|   |   |   |
|---|---|---|
| Party served | : | TEXTRON INNOVATIONS INC. |
| By serving | : | Jo Ann Casale, Authorized Agent |
| Address | : | CT Corporation<br>10 Weybosset Street<br>Providence, RI 02903 |
| Date of Service: | | January 9, 2012 |
| Time of Service: | | 12:55 PM |

Person who served papers:
PAUL G. HUGHES
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $313.66
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 6063
(iii) County: Rhode Island

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: January 9, 2012                        Signature _____